FILED

04/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0006



IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0006

FILED

APR - 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE MOTION FOR ADMISSION UPON UNIFORM
BAR EXAMINATION SCORE TRANSFER

O R D E R

Katherine Y. Barton has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Barton has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Rule IV of the Rules for Admission to the State Bar of Montana. Barton also requests to be sworn in to the State of Montana outside of the state of Montana pursuant to Section X.D. of the Rules for Admission. Good cause appearing,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Katherine Y. Barton may be sworn in to the practice of law in the State of Montana. Leave is granted for Barton to be sworn outside the State of Montana by a judge of general jurisdiction, pursuant to Section X.D. of the Rules for Admission. Any further questions regarding swearing-in may be directed to the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this ____ day of April, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

Justices